IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WARREN E. HALLE            *

               Plaintiff

                     *

        v.               Civil Action No.: CCB-07-548

                     *

QUANTOK ASSOCIATION, INC.,
ET AL.                *

              Defendant

                  ******

**ORDER**

A return of service has been filed reflecting that service of process has been effected upon the defendants and that defendants have not yet filed any response to the Complaint.

Accordingly, it is, this 26TH day of April, 2007,

ORDERED that plaintiff file and serve by mail on the above named defendants a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within 30 days of this order.

_____/s/_____
Catherine C. Blake
United States District Judge
