IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MARYLAND

| | |
|---|---|
| **WARREN E. HALLE**  )  )  Plaintiff,  )  )  v.  )  )  **QUANTOK ASSOCIATION, INC.,**  )  et al.,  )  )  )  Defendants.  )  ) | Case No.  CCB-07-CV-0548 |

### NOTICE OF DISMISSAL

Plaintiff Warren E. Halle by his undersigned attorneys, pursuant to Rule 41(a), hereby voluntarily dismisses the above-captioned action as to all parties.

Respectfully submitted,

_____/s/_____
Roger C. Simmons, Bar No. 04363
Brian M. Maul, Bar No. 28198
Gordon & Simmons, LLC
603-B West Patrick Street
P.O. Box 430
Frederick, Maryland 21701
Phone: (301) 662-9122
Fax: (301) 698-0392
Counsel for Plaintiff Warren E. Halle

## **CERTIFICATE OF SERVICE**

      I hereby certify that, in addition to those parties served via electronic filing, a copy of the foregoing Notice of Dismissal was served via first-class mail, postage prepaid, upon:

Robert B. Cave, Esq.
Kelleen McGinnis Lonergan, Esq.
Hogan & Hartson, Llp
555 13th Street, NW
Washington, DC 20004
Attorneys for Defendant Quantok Assoc., Inc.
and Andrey Bokarev

and

Brian C. Parker, Esq.
Parker, Dumler & Kiely, LLP
36 South Charles Street
Suite 2200
Baltimore, Maryland 21201
Attorney for First American Title Insurance Co.


on this 1st day of May, 2007.

                                                            /s/
                                             Brian M. Maul

Z:\Halle\dismissal.pld.wpd